HELEN DANIELS, Plaintiff-Appellee, *v.* JOHN DANIELS, Defendant-Appellant.

(No. 56644; )

First District (5th Division)—December 29, 1972.

PER CURIAM.

Erwin Grombacher and Lawrence J. Taslitz, both of Chicago, for appellant.

Jacob J. Gordon and Paul R. Goldman, both of Chicago, for appellee.